IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE LEE ADAMS,

      Petitioner,                    No. 2:10-cv-3220 JFM (HC)

    vs.

WARDEN NIMROD-COOK,
et al.,

      Respondents.              <u>ORDER TO SHOW CAUSE</u>

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2011, respondents filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondents' motion to dismiss should not be granted. Petitioner is

/////

/////

/////

/////

1

1  cautioned that failure to comply with this order will result in a recommendation that this action
2  be dismissed.
3  DATED: May 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
adam3220.46osc