IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE LEE ADAMS,

    Petitioner,        No. 2:10-cv-3220 JAM JFM (HC)

    vs.

MATTHEW CATE,

    Respondent.       <u>ORDER</u>

         /

    This petition for writ of habeas corpus was dismissed on November 15, 2011. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: March 19, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/kly
adam3220.158